Alba Pineda
25 Mt. Pleasant Ave #4
Roxbury MA, 02119

v.

Boston College
140 Commonwealth Ave
Chesnut Hill MA, 02146

FILED
IN CLERKS OFFICE

2007 JUN 29 P 12:58

U.S. DISTRICT COURT
DISTRICT OF MASS.

07 CA 11216 DPW

MAGISTRATE JUDGE Sorkin

28 U.S.C.

I was employed by Boston College in November 2001, from that time to 2005 everything was going going perfect in fact all my yearly month review where excellent. great work performance.

but the manger of the department Margie fields started to treat me different, unfair an discriminating me in many ways, asking me to do many things not related to my job performance.

② On January 05 I had a misscarriage because Kathy Williams second manager ask me to push a car full of books the books where to heavy that cause a bleeding and provoque me to loose my baby. When I complain to Jeff Holf p evening manager he never did nothing about it he was afraid to deal with Margie fields because she is very mean and ungry women. From that time I was expouse to a lot of embarrasing situacion that Margie used to do to me infront of all my other co-workers my co workers can tell how many times she used to make me gry, screaming at me saying I was stupid and ignorant co-worker. I only continua doing my job so Margie try to said that I was not doing my work right and complain about my absence but all my absences where do to doctor appointments, other employees that she defent will mis days she treat me different thang other.

③ I get pregnant again on March 05 during my pregnancy I was put to do things I was not able to she Margie Fields will gived me so much hard time treet me so bad make me cry, saying that I look ugly pregnant that I should get nice clothes because I look ridiculous with the one I was using.

Many Many more situacion bad.

I was force to do Heavy situacion for me.

I was subsequenthly accused of that and having poor attendance my manager was aware that I had taken time off due to my pregnancy

on December 06, 2006 I had a meeting with Human Resource Manager bob low saying I stole a watch from library the Investigation was done an conclude that I had nothing to do. but he told me that if I did not Resign I will be Fired.

he force me to resign, because he did not give me a valid reasons for its action.

I was terminated by respondent because of my gender (female) and pregnancy status. because when these apen I was one month pregnant and I had told them and Morgie said why you pregnant again is going to affect our department. my civil rights where violated. When I cry to manager that what they where doing was against the law, the said, we don't care we have the best lawyer and all the money. They say we don't care if you file a law suit. I will like a compensation of. my baby lost and all the humiliation I when thru with all manager.
$1,000,000.00

I demands a trial by jury to listen to me complain.
I will like a trial please

thank-you.

alba pineda
25 Mt. pleasant Ave
#4 Roxbury MA 02119
617-238-5519