UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**ALBA PINEDA**
   **Plaintiff**

  V.

**BOSTON COLLEGE**
   **Defendant**

CIVIL ACTION

NO.  07-11216-DPW

## ORDER OF DISMISSAL

**WOODLOCK, D. J.**

 For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

              By the Court,

|  9/29/08  | /s/ Jarrett Lovett |
|-----------|--------------------|
| Date      | Deputy Clerk       |

(4mdismissal.wpd - 12/98)                [odism.]